### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FLEISCHER STUDIOS, INC., <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 24-cv-6988 <br><br> Judge Thomas M. Durkin |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Fleischer Studios, Inc. ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with prejudice, with each party responsible for its costs and attorneys' fees:

| **Defendant No.** | **Store Name** |
|---|---|
| 25 | mhhhd |
| 64 | BUG Canvas Bags&Goods |
| 66 | Sagedarz |
| 74 | Happyshoping Store |

Dated: October 15, 2024

Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
*One of the Attorneys for Plaintiff*

Matthew De Preter
Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com
4856-7660-1743, v. 1